RICHARD T. EGGER, Bar No. 162581
richard.egger@bbklaw.com
AVI W. RUTSCHMAN, Bar No. 298922
Avi.Rutschman@bbklaw.com
BEST BEST & KRIEGER LLP
2855 E. Guasti Road
 Suite 400
Ontario, California  91761
Telephone:   (909) 989-8584
Facsimile:   (909) 944-1441

Attorneys for Defendant
CITY OF PALM SPRINGS, SERGEANT KYLE STJERNE, OFFICER WILLIAM MOSS, OFFICER EDMAN ESCALLADA

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KALLIS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PALM SPRINGS, SERGEANT KYLE STJERNE, OFFICER WILLIAM MOSS, OFFICER EDMAN ESCALLADA, and DOES 1-8,<br><br>    Defendants. | Case No. 5:20-cv-01744-RGK-SP<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>Current Trial Date:<br>    November 23, 2021<br>Action Filed:   August 28, 2020 |

**[PROPOSED] ORDER**

The Court, having reviewed the Parties' Joint Stipulation for Dismissal of Plaintiff's Remaining Cause of Action with Prejudice, and good cause appearing therefor:

**IT IS HEREBY ORDERED**, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims against the Defendants City of Palm Springs, Sergeant Kyle Stjerne, Officer William Moss, and Officer Edman Escallada, shall be dismissed dismissed with prejudice. Each party shall bear his or her own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   September 28  , 2021       By: _____
                                         HON. R. GARY KLAUSNER

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
2855 E. GUASTI ROAD, SUITE 400
ONTARIO, CALIFORNIA 91761